**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

## M E M O R A N D U M

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

                    RE:    ZAGZAW, Shariff
                             Docket Number:  1:06CR00399-01 OWW
                             **PERMISSION TO TRAVEL**
                             **OUTSIDE THE COUNTRY**

Your Honor:

The above-referenced individual is requesting permission to travel to Jordan to visit with his uncle as well as handling his father's estate.  Mr. Zagzaw is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On November 22, 2004, he was sentenced after pleading guilty to Bringing In Aliens For Financial Gain and Aiding and Abetting.

**Sentence imposed:**  18 months BOP; 3 years TSR.

**Dates and Mode of Travel:**  August 4, 2008, through August 25, 2008 (U.S. Airlines)

**Purpose:**  Mr. Zagzaw at his father's request wants to visit his uncle and take care of his father's estate as well as other financial matters related to his father's inheritance.

                              Respectfully Submitted,

                              /s/ Scott J. Waters

                          **SCOTT J. WATERS**
                          **Senior United States Probation Officer**

**DATED:**      July 25, 2008
                  Fresno, California
                  SJW/sjw

**REVIEWED BY:**    /s/ Bruce A. Vasquez
                              **BRUCE A. VASQUEZ**
                              **Supervisory United States Probation Officer**

RE: ZAGZAW, Shariff
Docket Number: 1:06CR00399-01 OWW
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

---

**ORDER OF THE COURT:**

Approved      X                 Disapproved          

IT IS SO ORDERED.

**Dated:** July 30, 2008            /s/ Oliver W. Wanger
                                                            UNITED STATES DISTRICT JUDGE